**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **No. 21-mj-115 (RMM)** |
| | **:** | |
| **EMANUEL JACKSON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorneys Gilead Light, who may be contacted by telephone at (202) 252-6880 or e-mail at Gilead.Light@usdoj.gov, and Anthony Scarpelli, who may be contacted by telephone at 202-252-7707 or e-mail at Anthony.Scarpelli@usdoj.gov. Gilead Light and Anthony Scarpelli will serve as counsel on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

By:          /s/_____

Gilead Light
DC Bar No. 980839

Anthony Scarpelli
D.C. Bar No. 474711

Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530